| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN 122664 |
| | Federal Defender |
| 2 | CHRISTINA SINHA, SBN 278893 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, Third Floor |
| 4 | Sacramento, CA 95814 |
| | T: (916) 498-5700 |
| 5 | F: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | ENRIQUE BECERRA-SUAREZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00201-TLN-1 |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| ENRIQUE BECERRA-SUAREZ, | Date: March 13, 2025 |
| Defendant. | Time: 9:30 A.M. |
| | Judge: Hon. Troy L. Nunley, Chief District Judge |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Becerra Suarez, that the status conference, currently set for March 13, 2025, may be continued to May 08, 2025, at 9:30 a.m., with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Becerra-Suarez's arraignment on the indictment and initial appearance in federal court took place on October 28, 2024. Dkt. 7.

2. Following a detention hearing on November 04, 2024, Mr. Becerra-Suarez was ordered detained. Dkt. 11. He is currently held at the Yuba County Jail and requires a Spanish language interpreter.

3. On January 30, 2025, prior defense counsel appeared for a status conference and requested the Court to set this matter for a further status conference on the currently-scheduled date.

4. Undersigned defense counsel took over this case on February 04, 2025. Dkt. 18.

5. As undersigned defense counsel was assigned this case approximately one month ago, counsel represents that she requires additional time to review the discovery; investigate the case; conduct legal research; explore potential resolutions; and otherwise prepare for trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. The government does not object to the continuance.

7. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial, and respectfully request the Court so to find.

8. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between March 13, 2025 and May 08, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

*The remainder of this page is intentionally blank; signature blocks immediately follow.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: March 7, 2025 | */s/  Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ENRIQUE BECERRA-SUAREZ |
| Date: March 7, 2025 | MICHELE BECKWITH<br>Acting United States Attorney<br><br>*/s/ R. Alex Cárdenas*<br>R. ALEX CÁRDENAS<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 7, 2025

_____
Troy L. Nunley
Chief United States District Judge