HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ENRIQUE BECERRA-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ENRIQUE BECERRA-SUAREZ, <br> Defendant. | Case No. 2:24-cr-00201-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date:  May 8, 2025 <br> Time: 9:00 A.M. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Becerra Suarez, that the status conference (currently set for May 08, 2025) may be continued to July 01, 2025 with time excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Becerra-Suarez is detained at the Yuba County Jail and requires a Spanish language interpreter.

2. Undersigned defense counsel took over this case on February 04, 2025. Dkt. 18.

3. Undersigned defense counsel represents that she requires additional time to examine and advise her client regarding immigration issues; review the discovery; investigate the case; conduct legal research; explore potential resolutions; and

otherwise prepare for trial. She believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between May 08, 2025 and July 01, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation as its Order.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 23, 2025        /s/ Christina Sinha
                            CHRISTINA SINHA
                            Assistant Federal Defender
                            Attorneys for Defendant
                            ENRIQUE BECERRA-SUAREZ


Date: April 23, 2025        MICHELE BECKWITH
                            Acting United States Attorney

                            /s/ R. Alex Cárdenas
                            R. ALEX CÁRDENAS
                            Assistant United States Attorney
                            Attorneys for Plaintiff

**O R D E R**

The parties' fourth request to continue the status conference is **GRANTED**. The status conference is **RESET** for **07/01/2025, at 09:00 a.m.**, in person, in Courtroom 6, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through and including 07/01/2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: April 24, 2025                         /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              SENIOR UNITED STATES DISTRICT JUDGE