HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ENRIQUE BECERRA-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ENRIQUE BECERRA-SUAREZ,<br><br>Defendant. | Case No.  2:24-cr-00201-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   July 1, 2025<br>Time:  9:30 A.M.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Becerra Suarez, that the status conference (currently set for July 01, 2025) may be continued to **August 19, 2025, at 09:00 a.m.**, with time excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. Becerra-Suarez is detained at the Yuba County Jail and requires a Spanish language interpreter.

2. Undersigned defense counsel took over this case on February 04, 2025.  Dkt. 18.

3. Defense counsel has relayed that, because the law around immigration issues in general and 8 U.S.C. § 1326 charges in particular is so volatile at the moment, she requires additional time to examine and advise her client regarding immigration

issues; review the discovery; investigate the case; conduct legal research; explore potential resolutions; and otherwise prepare for trial. Defense counsel intends to file some pretrial motions before the next status conference, and has discussed that rough schedule with the government. Undersigned defense counsel believes that failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

4. The government does not object to the continuance.

5. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial, and respectfully request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between July 01, 2025 and August 19, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial.

The parties respectfully request this Court to adopt the parties' stipulation as its Order.

Date: June 23, 2025

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender
/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
ENRIQUE BECERRA-SUAREZ

Date: June 23, 2025

MICHELE BECKWITH
Acting United States Attorney
/s/ R. Alex Cárdenas
R. ALEX CÁRDENAS
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order. IT IS SO ORDERED.

Dated: June 23, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE