KIMBERLY A. SANCHEZ
Acting United States Attorney
R. ALEX CARDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ENRIQUE BECERRA-SUAREZ,<br><br>                              Defendant. | CASE NO.  2:24-cr-00201-JAM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN AUGUST 19, 2025 AND AUGUST 26, 2025**<br><br>DATE: August 26, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. This matter is set for status on August 26, 2025.

2. By minute order, the court reset the status conference from August 19, 2025, to August 26, 2025.

3. The parties now jointly stipulate to **exclude time between August 19, 2025 until August 26, 2025**, under Local Code T4.

4. The parties agree and stipulate, and request that the Court find the following:

   a.  The government understands that Counsel for defendant will soon transfer the matter to another attorney in Counsel's office.  Therefore, new counsel will need additional

1    time to assess and review the matter once they are assigned.

2    b.   Counsel for defendant believes that failure to grant the above requested continuance

3    would deny her the reasonable time necessary for effective preparation, taking into

4    account the exercise of due diligence.

5    c.   Defense does not object to the continuance.

6    d.   Based on the above-stated findings, the ends of justice served by continuing the case

7    as requested outweigh the interest of the public and the defendant in a trial within the

8    original date prescribed by the Speedy Trial Act.

9    e.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et

10    seq., within which trial must commence, the time period of August 19, 2025, and

11    August 26, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.

12    § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted

13    by the Court at parties' request on the basis of the Court's finding that the ends of

14    justice served by taking such action outweigh the best interest of the public and the

15    defendant in a speedy trial.

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1      5. Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within

3  which a trial must commence.

4  IT IS SO STIPULATED.

5

6  Dated:  July 21, 2025                                 KIMBERLY A. SANCHEZ
                                                Acting United States Attorney

7

8                                      By:  */s/ R. ALEX CARDENAS*
                                                R. ALEX CARDENAS

9                                                  Assistant United States Attorney

10

11

12  Dated:  July 21, 2025                             By:  */s/ CHRISTINA SINHA*

13                                                    CHRISTINA SINHA

14                                                Counsel for Defendant
                                              ENRIQUE BECERRA-SUAREZ

15

16

17

18                                               **ORDER**

19  IT IS SO ORDERED.

20

21  Dated: July 21, 2025                             /s/ John A. Mendez

22                                        THE HONORABLE JOHN A. MENDEZ
                                      SENIOR UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28