ERIC GRANT
United States Attorney
R. ALEX CÁRDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE BECERRA-SUAREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 2:24-cr-00201-JAM<br><br>**STIPULATION AND ORDER GRANTING SIXTH REQUEST TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: August 26, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for Mr. Becerra Suarez, that the Status Conference, which is currently set for August 26, 2025, may be continued to October 7, 2025, with time excluded, as detailed below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defense counsel took over this case on July 25, 2025. Dkt. 31.

2. Defense counsel needs time to examine and advise her client regarding immigration issues; review the discovery; investigate the case and client's history; conduct legal research; explore potential resolutions; and otherwise prepare for trial. Defense counsel believes that

failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government joins in the request for a continuance on this basis.

4. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between August 26, 2025 and October 7, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 13, 2025

ERIC GRANT
United States Attorney

By: */s/ R. ALEX CARDENAS*
R. ALEX CARDENAS
Assistant United States Attorney

Dated: August 13, 2025

By: */s/ HEATHER E. WILLIAMS*
HEATHER E. WILLIAMS
Counsel for Defendant
ENRIQUE BECERRA-SUAREZ

## ORDER

Based on the stipulation of the parties, the partis' **sixth** request to continue is **GRANTED**. The August 26, 2025 status conference is **CONTINUED** to **Tuesday, October 07, 2025, at 09:00 a.m.**, before Senior District Judge John A. Mendez.

Time is **EXCLUDED** through October 07, 2025, as described in the parties' Stipulation.

IT IS SO ORDERED.

August 18, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE