ERIC GRANT
United States Attorney
R. ALEX CÁRDENAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>ENRIQUE BECERRA-SUAREZ,<br><br>             Defendant. | CASE NO. 2:24-cr-00201-JAM<br><br>**STIPULATION AND SEVENTH ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE: February 24, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for Mr. Becerra Suarez, that the Status Conference, which is currently set for October 7, 2025, may be continued to February 24, 2026, with time excluded, as detailed below.

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defense counsel took over this case on July 25, 2025. Dkt. 31.

2. Defense counsel needs time to examine and advise her client regarding immigration issues; review the discovery; investigate the case and client's history; conduct legal research; explore potential resolutions; and otherwise prepare for trial. Defense counsel believes that

failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The government joins in the request for a continuance on this basis.

4. Therefore, the parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial, and respectfully request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between October 7, 2025 and February 24, 2026 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Becerra Suarez in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 25, 2025

ERIC GRANT
United States Attorney

By: */s/ R. ALEX CARDENAS*
R. ALEX CARDENAS
Assistant United States Attorney

Dated: September 25, 2025

By: */s/ HEATHER E. WILLIAMS*
HEATHER E. WILLIAMS
Counsel for Defendant
ENRIQUE BECERRA-SUAREZ

**ORDER**

IT IS SO ORDERED.

Dated: September 25, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE