HEATHER E. WILLIAMS, SBN 122664
Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Heather_williams@fd.org

Attorney for Defendant
ENRIQUE BECERRA-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>ENRIQUE BECERRA-SUAREZ, )<br><br>Defendant. )<br>_____ ) | Case No.  2:24-cr-00201-JAM<br><br>**STIPULATION AND <u>EIGHTH</u> ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:   March 3, 2026<br>Time:  9:30 A.M.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorneys Jason Hitt and R. Alex Cárdenas, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for ENRIQUE BECERRA-SUAREZ, that the status conference, currently set for March 3, 2026, may be **continued to April 07, 2026, at 09:00 a.m.**, with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. BECERRA-SUAREZ's arraignment on the indictment and initial appearance in federal court took place October 28, 2024.  Dkt. 7.

2. Following a November 4, 2024 detention hearing, the court ordered Mr. BECERRA-SUAREZ detained.  Dkt. 11.  He is currently held at the Yuba County Jail and requires a Spanish language interpreter.

*United States v. Becerra-Suarez*,        -1-        Stipulation and Order to Continue
2:24-cr-201-JAM                                       Status Conference and Exclude
                                                                              Time

3. Instant defense counsel is Mr. BECERRA-SUAREZ' third assigned Federal Defender counsel as others left the Office.  Ms. Williams took over this case on July 25, 2025.  Dkt. 31.

4. As undersigned defense counsel requires additional time to complete her review of the 437-page discovery; investigate this case; collect records from other jurisdictions; conduct legal research; explore potential resolutions; and otherwise prepare for trial.  She believes a failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, considering her exercise of due diligence.

5. The government does not object to the requested continuance.

6. Therefore, the parties stipulate the ends of justice are served by granting the continuance and outweigh the best interests of the public and Mr. BECERRA SUAREZ in a speedy trial and respectfully request the Court so to find.

7. For time computation purposes under 18 U.S.C. § 3161 *et seq.* (the *Speedy Trial Act*), the parties request the days between February 24, 2026 and March 3, 2026 (inclusive as ordered and requested by the court's own motion (Dkt. 36)) and between March 3, 2026 and April 7, 2026 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4)

   a. as resulting from a court ordered continuance at the defense's request,

   b. based on a finding that the ends of justice served by granting the continuance outweigh the best interest of the public and Mr. BECERRA SUAREZ in a speedy trial.

The parties therefore respectfully request this Court adopt the parties'

*Stipulation* as its *Order*.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 13, 2026        */s/  Heather E. Williams*
                               HEATHER E. WILLIAMS
                               Federal Defender
                               Attorney for Defendant
                               ENRIQUE BECERRA-SUAREZ

Date: February 13, 2026        ERIC GRANT
                               United States Attorney

                               */s/ Jason Hitt*
                               JASON HITT and for R. ALEX CÁRDENAS
                               Assistant United States Attorneys
                               Attorneys for Plaintiff

## **O R D E R**

The Court, having received and considered the parties' *Stipulation*, and good cause appearing therefrom, adopts the parties' *Stipulation* in its entirety as its order.

IT IS SO ORDERED.

Dated: February 13, 2026 _____
                               JOHN A. MENDEZ,
                               SENIOR UNITED STATES DISTRICT JUDGE

*United States v. Becerra-Suarez*,        -3-        Stipulation and Order to Continue
2:24-cr-201-JAM                                     Status Conference and Exclude
                                                    Time