HEATHER E. WILLIAMS, SBN 122664
Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Heather_williams@fd.org

Attorney for Defendant
ENRIQUE BECERRA-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ENRIQUE BECERRA-SUAREZ, <br><br> Defendant. | Case No. 2:24-cr-00201-JAM <br><br> **STIPULATION AND ORDER GRANTING <u>TENTH</u> REQUEST TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** <br><br> Date: July 14, 2026 <br> Time: 9:00 A.M. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for ENRIQUE BECERRA-SUAREZ, that the status conference, currently set for July 14, 2026, may be continued to November 3, 2026 with time between the dates excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. BECERRA-SUAREZ's arraignment on the indictment and initial appearance in federal court took place October 28, 2024.  Dkt. 7.

2. Following a November 4, 2024 detention hearing, the court ordered Mr. BECERRA-SUAREZ detained.  Dkt. 11.  He is currently held at the

Yuba County Jail and requires a Spanish language interpreter.

3. Instant defense counsel is Mr. BECERRA-SUAREZ' third assigned Federal Defender counsel as others left the Office.  Ms. Williams took over this case on July 25, 2025.  Dkt. 31.

4. As undersigned defense counsel reviewed the 437-page discovery, she realized they needed added investigation in this case: to collect records regarding the stops and arrest of MR. BECERRA-SUAREZ as possible support for a *Motion to Suppress Mr. Beccerra-Suarez's Identity* if trial is set, as well as records from other jurisdictions concerning criminal history; conduct legal research; explore potential resolutions; and otherwise prepare for trial.  She believes a failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, considering her exercise of due diligence.

5. Additionally, Ms. Williams serves on a Federal Defender U.S. Sentencing Commission Liaison Subcommittee.  The Sentencing Commissioners set a Washington, D.C. meeting with this Subcommittee for Tuesday, July 14, 2026, the same date as MR. BECERRA-SUAREZ's *Status Conference*.

6. The government needs added time to provide defense-requested records and does not object to the requested continuance.

7. Therefore, the parties stipulate the ends of justice are served by granting the continuance and outweigh the best interests of the public and Mr. BECERRA SUAREZ in a speedy trial and respectfully request the Court so to find.

8. For time computation purposes under 18 U.S.C. § 3161 *et seq.* (the *Speedy Trial Act*), the parties request the days between July 14, 2026

and November 3, 2026 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4)

    a. as resulting from a court ordered continuance at the defense's request,

    b. based on a finding that the ends of justice served by granting the continuance outweigh the best interest of the public and Mr. BECERRA SUAREZ in a speedy trial.

The parties therefore respectfully request this Court adopt the parties' *Stipulation* as its *Order*.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 29, 2026      */s/  Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for Defendant
ENRIQUE BECERRA-SUAREZ

Date: June 29, 2026      ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

# O R D E R

Based on the stipulation of the parties, the July 14, 2026 further status conference is **CONTINUED** to **November 03, 2026, at 9:00 a.m.** Time is **EXCLUDED** through and including November 03, 2026, as described in the parties' Stipulation.

**IT IS SO ORDERED**.

Dated: July 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE