HEATHER E. WILLIAMS, SBN 122664
Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Heather_williams@fd.org

Attorney for Defendant
ENRIQUE BECERRA-SUAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ENRIQUE BECERRA-SUAREZ,<br>Defendant. | Case No. 2:24-cr-00201-JAM<br><br>**STIPULATION AND ORDER GRANTING <u>ELEVENTH</u> REQUEST TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date: November 10, 2026<br>Time: 9:00 A.M.<br>Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, counsel for Plaintiff; and Federal Defender Heather Williams, counsel for ENRIQUE BECERRA-SUAREZ, that the status conference, currently set for November 10, 2026 (the court, on its own motion, continuing to that date the previously stipulated November 3, 2026 status conference) may be continued to January 26, 2027 with time between and including November 3, 2026 and January 26, 2027 be excluded, as detailed below.

The parties specifically stipulate as follows:

1. Mr. BECERRA-SUAREZ's arraignment on the indictment and initial appearance in federal court took place October 28, 2024. Dkt. 7.

2. Following a November 4, 2024 detention hearing, the court ordered Mr. BECERRA-SUAREZ detained. Dkt. 11. He is currently held at the Yuba County Jail and requires a Spanish language interpreter.
3. Instant defense counsel is Mr. BECERRA-SUAREZ' third assigned Federal Defender counsel as others left the Office. Ms. Williams took over this case on July 25, 2025. Dkt. 31.
4. As undersigned defense counsel reviewed the 437-page discovery, she realized they needed added investigation in this case: to collect records regarding the stops and arrest of MR. BECERRA-SUAREZ as possible support for a *Motion to Suppress Mr. Becerra-Suarez's Identity* if trial is set, as well as records from other jurisdictions concerning criminal history; conduct legal research; explore potential resolutions; and otherwise prepare for trial. She believes a failure to grant the requested continuance would deny her the reasonable time necessary for effective preparation, considering her exercise of due diligence.
5. The Government provided, at defendant's request, the Citrus Heights Police Department's September 30, 2024 arrest report of MR. BECERRA-SUAREZ. Reviewing this report reaffirmed MR. BECERRA-SUAREZ' original disclosure request of the Government for:
    * the same Citrus Heights officers' report of their contact with MR. BECERRA-SUAREZ the day before (9/29/2024);
    * Immigration's 2024 I-213 *Report of Deportable/Inadmissible Alien* for how Immigration and Custom's Enforcement (ICE) came to call the Citrus Heights Police about MR. BECERRA-SUAREZ during MR. BECERRA-SUAREZ' arrest and car towing (over his requests they call his wife to come and pick the car up) on September 30, 2024; and

* For any reports explaining why, on September 29, 2024, during their initial stop, they didn't discover the U.S. District Court's June 2024 arrest warrant in this case (Dkt. 13).

6. The defense continues to investigate these stops and what happened with MR. BECERRA-SUAREZ' car from this second day stop. If the Government does not disclose them, then MR. BECERRA-SUAREZ needs more time to pursue a *subpoena duces tecum* to get the above records and, should the records support it, to prepare and file a motion to suppress at trial evidence of his identity.
7. The government needs added time to determine whether they are obligated to provide the added defense-requested records. For this reason, it does not object to the requested continuance.
8. Therefore, the parties stipulate the ends of justice are served by granting the continuance and outweigh the best interests of the public and Mr. BECERRA SUAREZ in a speedy trial and respectfully request the Court so to find.
9. For time computation purposes under 18 U.S.C. § 3161 *et seq.* (the *Speedy Trial Act*), the parties request the days between November 3, 2026 and January 26, 2027 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4)
   a. as resulting from a court ordered continuance at the defense's request,
   b. based on a finding that the ends of justice served by granting the continuance outweigh the best interest of the public and Mr. BECERRA SUAREZ in a speedy trial.

The parties therefore respectfully request this Court adopt the parties'

/ / / / /

/ / / / /

*Stipulation* as its *Order*.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 26, 2026

*/s/ Heather E. Williams*
HEATHER E. WILLIAMS
Federal Defender
Attorney for Defendant
ENRIQUE BECERRA-SUAREZ

Date: October 26, 2026

ERIC GRANT
United States Attorney

*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

Based on the stipulation of the parties, the November 10, 2026, **further status conference** is **CONTINUED** to **January 26, 2027**, **at 09:00 a.m.** Time is **EXCLUDED** through and including January 26, 2027, as described in the parties' Stipulation.

IT IS SO ORDERED.

Dated: October 26, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE